IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOBRANES RECOVERY POOL I, LLC, a Delaware Limited Liability Company, as successor-in-interest to FEDERAL DEPOSIT INSURANCE CORPORATION, as Manager of FSLIC RESOLUTION FUND, in its Corporate Capacity, | § § § § § § § | |
| Plaintiff, | § § | Civil Action No. 3:91-CV-1649-D |
| VS. | § § | |
| TODD & HUGHES CONSTRUCTION CORPORATION, et al., | § § § § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the November 2, 2006 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Accordingly, respondents' August 10, 2006 motion for attorney's fees is denied.

**SO ORDERED**.

November 29, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE